151 A.3d 973

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MAX SI-MEUS (A/K/A MAX SAMUELS, MAX ST. VICTOR, MAX ARSON SIMEUS, MAX ARSON SIMEOUS, MSKI MONIKER, SKI SI-MEUS), DEFENDANT-PETITIONER.

FILED September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005778-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 974

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GREGORY ULYSSE, DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003291-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.